IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TERRY WOODS, <br>     Plaintiff, <br>   v. <br> RIVERSIDE COUNTY SHERIFF'S DEPT., et al., <br>     Defendants. <br> _____ / | No. C 15-2258 MEJ (PR) <br><br> **ORDER OF TRANSFER** |

    Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 complaining of events at the Southwest Detention Center in Riverside County, California. Riverside County is located within the venue of the Central District of California. See 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Central District, and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    IT IS SO ORDERED.

DATED: May 29, 2015

Maria-Elena James
United States Magistrate Judge