1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9
10
11

| | | |
|---|---|---|
| RONALD TERRY WOODS, | ) | Case No. ED CV 15-1074 MWF (JCG) |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING REPORT AND** |
| v. | ) | **RECOMMENDATION OF UNITED** |
| | ) | **STATES MAGISTRATE JUDGE** |
| | ) | |
| RIVERSIDE COUNTY SHERIFF | ) | |
| DEPARTMENT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

12
13
14
15
16
17
18

19    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the

20  Magistrate Judge's Report and Recommendation, and the remaining record.  No

21  objections to the Report and Recommendation have been filed.

22

23  //

24

25  //

26

27  //

28

Accordingly, IT IS ORDERED THAT:

1.     The Report and Recommendation is approved and accepted;

2.     Judgment be entered dismissing this action without prejudice; and

3.     The Clerk serve copies of this Order and the Judgment on the parties.

DATED:  May 9, 2017

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE