JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD TERRY WOODS,<br>        Plaintiff,<br>        v.<br>RIVERSIDE COUNTY SHERIFF DEPARTMENT, *et al.*,<br>        Defendants. | Case No. ED CV 15-1074 MWF (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: May 9, 2017

                                  HON. MICHAEL W. FITZGERALD
                                  UNITED STATES DISTRICT JUDGE